# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC, <br><br> Plaintiff <br><br> v. <br><br> Adams Community Economic Development Corporation, <br> Agribusiness Association of Iowa, <br> Ames Golf and Country Club, <br> Appanoose Country Club, <br> Aspen Grove Cemetery Association, <br> Atlantic Golf & Country Club, <br> Audubon Golf and Country Club, <br> Bloomfield Country Club, <br> Brotherhood of Locomotive Engineers Gene, <br> Centerville Chamber of Commerce, <br> Columbus Club Inc., <br> Crestmoor Golf Club Inc., <br> The Des Moines Embassy Club, <br> Fraternal Order of Eagles—Aerie 3876, <br> Geneva Golf & Country Club, <br> Green Acres Club, <br> Happy Hollow Country Club, <br> International Union of Painters and Allied Trades District Council, <br> Iowa Turkey Federation Inc., <br> KYC Inc., <br> Kalona Area Chamber of Commerce Inc., <br> LakeView Golf & Country Club, <br> Lakeshore Golf and Country Club, <br> Lakeview Country Club of Madison County Iowa Inc., <br> Logan Missouri Valley Country Club, <br> Mechanical Contractors Association of Iowa Inc., <br> Muscatine County Fair, <br> Muscatine Mutual Insurance Association, <br> Oakdale Memorial Gardens Inc., <br> The Outing Club, <br> Pine Knolls Company dba Pine Knolls Golf Club, | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** <br><br> Case no.   4:25-cv-119-SHL-SBJ |

The Red Oak Country Club,
Sigma Lambda Beta International Fraternity,
Treynor Recreation Area,
Urbandale Golf and Country Club,
Washington Golf & Country Club, and
West Liberty Golf and Country Club,

    Defendants

# COMPLAINT

### Nature of the Case

1. Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2. The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties—Relator

3. Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

### Parties—501(c)(5) Defendants

4. Defendant Agribusiness Association of Iowa is an entity exempt from taxation under section 501(c)(5) of the Internal Revenue Code, 26 U.S.C. § 501(c)(5) ("Tax-Exempt 501(c)(5) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 900 Des Moines Street, Des Moines, IA.

5. Defendant Brotherhood of Locomotive Engineers Gene is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 501 2nd Street North, Clinton, IA.

6. Defendant International Union of Painters and Allied Trades District Council is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5738 NW 2nd Street, Des Moines, IA.

7. Defendant Iowa Turkey Federation Inc. is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 535 Lincoln Way East, Ames, IA.

8. Defendant Muscatine County Fair is a Tax-Exempt 501(c)(5) Organization. On the loan application(s) at issue herein, this defendant gave its address as 101 North Clay Street, West Liberty, IA.

**Parties—501(c)(6) Defendants**

9. Defendant Adams Community Economic Development Corporation is an entity exempt from taxation under section 501(c)(6) of the Internal Revenue Code, 26 U.S.C. § 501(c)(6) ("Tax-Exempt 501(c)(6) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 701 Davis Avenue, Corning, IA.

10. Defendant Centerville Chamber of Commerce is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 128 North 12th Street, Centerville, IA.

11. Defendant Kalona Area Chamber of Commerce Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 514 B Avenue, Kalona, IA.

12. Defendant Mechanical Contractors Association of Iowa Inc. is a Tax-Exempt 501(c)(6) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3066 104th Street, Urbandale, IA.

### Parties—501(c)(7) Defendants

13. Defendant Ames Golf and Country Club is an entity exempt from taxation under section 501(c)(7) of the Internal Revenue Code, 26 U.S.C. § 501(c)(7) ("Tax-Exempt 501(c)(7) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 5752 George Washington Carver Avenue, Ames, IA.

14. Defendant Appanoose Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1998 Country Club Drive, Centerville, IA.

15. Defendant Atlantic Golf & Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as PO Box, Atlantic, IA.

16. Defendant Audubon Golf and Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 520 South Division Street West, Audubon, IA.

17. Defendant Bloomfield Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1205 East Franklin Street, Bloomfield, IA.

18. Defendant Columbus Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 807 Avenue H, Fort Madison, IA.

19. Defendant Crestmoor Golf Club Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1801 West Townline Street, Creston, IA.

20. Defendant The Des Moines Embassy Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 666 Grand Avenue, #3300, Des Moines, IA.

21. Defendant Geneva Golf & Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3100 Bidwell Road, Muscatine, IA.

22. Defendant Green Acres Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 913 Fruit Street, Donnellson, IA.

23. Defendant Happy Hollow Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2068 Valley Road, Corning, IA.

24. Defendant KYC Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as PO Box 14, Keokuk, IA.

25. Defendant LakeView Golf & Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 21897 480th Street, P.O Box 412, Chariton, IA.

26. Defendant Lakeshore Golf and Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1857 Golf Club Drive, Afton, IA.

27. Defendant Lakeview Country Club of Madison County Iowa Inc. is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 3724 Lakeview Lane, Winterset, IA.

28. Defendant Logan Missouri Valley Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2455 Highway 30, Logan, IA.

29. Defendant The Outing Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2109 Brady Street, Davenport, IA.

30. Defendant Pine Knolls Company dba Pine Knolls Golf Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1202 South Attica Road, Knoxville, IA.

31. Defendant The Red Oak Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2038 200th Street, Red Oak, IA.

32. Defendant Sigma Lambda Beta International Fraternity is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7 Hawkeye Drive, Suite 103/104, North Liberty, IA.

33. Defendant Treynor Recreation Area is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 202 Buck Street, Treynor, IA.

34. Defendant Urbandale Golf and Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4000 86th Street, Urbandale, IA.

35. Defendant Washington Golf & Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1732 Country Club Road, Washington, IA.

36. Defendant West Liberty Golf and Country Club is a Tax-Exempt 501(c)(7) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1248 Country Heights Lane, West Liberty, IA.

### Parties—501(c)(8) Defendants

37. Defendant Fraternal Order of Eagles—Aerie 3876 is an entity exempt from taxation under section 501(c)(8) of the Internal Revenue Code, 26 U.S.C. § 501(c)(8) ("Tax-Exempt 501(c)(8) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 118 South 5th Street, Missouri Valley, IA.

### Parties—501(c)(13) Defendants

38. Defendant Aspen Grove Cemetery Association is an entity exempt from taxation under section 501(c)(13) of the Internal Revenue Code, 26 U.S.C. § 501(c)(13) ("Tax-Exempt 501(c)(13) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 2043 Sunnyside Avenue, Burlington, IA.

39. Defendant Oakdale Memorial Gardens Inc. is a Tax-Exempt 501(c)(13) Organization. On the loan application(s) at issue herein, this defendant gave its address as 2501 Eastern Avenue, Davenport, IA.

### Parties—501(c)(15) Defendant

40. Defendant Muscatine Mutual Insurance Association is an entity exempt from taxation under section 501(c)(15) of the Internal Revenue Code, 26 U.S.C. § 501(c)(15) ("Tax-Exempt 501(c)(15) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 200 Ford Avenue, Muscatine, IA.

**Background**

41.     To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

42.     PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

43.     A recipient could receive a second-draw loan only after having obtained a first-draw loan.

44.     As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

45.     The PPP Program excluded Tax-Exempt 501(c)(5) Organizations from eligibility until March 11, 2021.

46.     The PPP Program excluded Tax-Exempt 501(c)(6) Organizations from eligibility until December 27, 2020.

47.     The PPP Program excluded Tax-Exempt 501(c)(7) Organizations from eligibility until March 11, 2021.

48.     The PPP Program excluded Tax-Exempt 501(c)(8) Organizations from eligibility until March 11, 2021.

49. The PPP Program excluded Tax-Exempt 501(c)(13) Organizations from eligibility until March 11, 2021.

50. The PPP Program excluded Tax-Exempt 501(c)(15) Organizations from eligibility until March 11, 2021.

51. Defendants each applied for and received PPP Loans for which they were legally ineligible.

52. Some defendants also applied for and received second PPP Loans for which they were ineligible as "fruit of the poisonous tree," because receipt of a first-draw loan was a prerequisite to receive a second-draw loan.

### PPP Loans

53. Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

### First Cause of Action
### False Claims Act, 31 U.S.C. § 3729
### PPP Loan(s)

54. Relator repeats and realleges each of the foregoing paragraphs.

55. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

56. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

57. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely

certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

58. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

**Second Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**
**Fruit of the Poisonous Tree**

59. Relator repeats and realleges each of the foregoing paragraphs.

60. The following defendants received second-draw PPP Loans for which they were ineligible due to their failure lawfully to obtain first-draw PPP Loans:

    a. Agribusiness Association of Iowa

    b. Ames Golf and Country Club

    c. Centerville Chamber of Commerce

    d. Sigma Lambda Beta International Fraternity

61. Because these defendants received their first-draw PPP Loans via fraud and under false pretenses, their second-draw PPP Loans constituted "fruit of the poisonous tree" and were unlawfully obtained.

62. Each of these defendants did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

63. Each of these defendants did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

64. Each of these defendants did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a second-draw PPP Loan and forgiveness thereof and thereby receiving the same.

## Prayer for Relief

65. WHEREFORE, Relator prays for the following relief against each defendant:

    a. A declaration that each defendant did violate the False Claims Act;

    b. An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

    c. The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

    d. An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

    e. Such other and further relief as may be just and proper.

## Demand for Jury Trial

66. Relator demands a trial by jury.

Respectfully submitted,

/s/ Alan R. Ostergren                                    /s/

Alan R. Ostergren                                       Bruce Ellis Fein, Esq.
Alan R. Ostergren, P.C.                             Bruce Ellis Fein, PLLC
500 East Court Avenue                              *Pro hac vice pending*
Suite 420                                                    P.O. Box 506
Des Moines, IA  50309                             Great Falls, VA 22066
alan.ostergren@ostergrenlaw.com        bruce@newdream.net
515-207-0134                                             703-248-0390

*Attorneys for Relator*

*United States of America ex rel. The Tarbell Group, LLC v. Adams Community Economic Development Corporation, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Adams Community Economic Development Corporation | 501(c)(6) | 1927377403 | 1st | 12/27/2020 | 5/5/2020 | $16,460.00 | 12/17/2020 | $16,562.88 |
| Agribusiness Association of Iowa | 501(c)(5) | 9145878300 | 1st | 3/11/2021 | 1/30/2021 | $171,017.00 | 7/8/2021 | $171,743.82 |
| Agribusiness Association of Iowa | 501(c)(5) | 7274639008 | 2nd | 3/11/2021 | 5/25/2021 | $166,664.00 | 8/30/2021 | $140,656.91 |
| Ames Golf and Country Club | 501(c)(7) | 5294107008 | 1st | 3/11/2021 | 4/5/2020 | $135,570.00 | 12/2/2020 | $127,508.46 |
| Ames Golf and Country Club | 501(c)(7) | 1467898705 | 2nd | 3/11/2021 | 3/27/2021 | $126,692.00 | 7/13/2021 | $127,047.44 |
| Appanoose Country Club | 501(c)(7) | 6876347004 | 1st | 3/11/2021 | 4/7/2020 | $12,430.00 | 10/13/2020 | $12,492.84 |
| Appanoose Country Club | 501(c)(7) | 1220928307 | 2nd | 3/11/2021 | 1/16/2021 | $12,050.00 | 6/23/2021 | $12,100.88 |
| Aspen Grove Cemetery Association | 501(c)(13) | 9235017003 | 1st | 3/11/2021 | 4/9/2020 | $73,427.50 | 11/27/2020 | $73,863.48 |
| Aspen Grove Cemetery Association | 501(c)(13) | 6661388309 | 2nd | 3/11/2021 | 1/27/2021 | $73,427.00 | 7/16/2021 | $73,767.62 |
| Atlantic Golf & Country Club | 501(c)(7) | 8349707002 | 1st | 3/11/2021 | 4/8/2020 | $67,142.00 | 10/20/2020 | $67,487.83 |
| Audubon Golf and Country Club | 501(c)(7) | 9067467107 | 1st | 3/11/2021 | 4/15/2020 | $14,300.00 | 12/31/2020 | $14,402.09 |
| Audubon Golf and Country Club | 501(c)(7) | 7783678403 | 2nd | 3/11/2021 | 2/12/2021 | $14,300.00 | 9/9/2021 | $14,379.84 |

*United States of America ex rel. The Tarbell Group, LLC v. Adams Community Economic Development Corporation, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Bloomfield Country Club | 501(c)(7) | 8376417200 | 1st | 3/11/2021 | 4/28/2020 | $6,100.00 | 2/16/2021 | $6,130.78 |
| Bloomfield Country Club | 501(c)(7) | 2858068302 | 2nd | 3/11/2021 | 1/21/2021 | $6,100.00 | 6/15/2021 | $6,123.72 |
| Brotherhood Of Locomotive Engineers Gene | 501(c)(5) | 7396307706 | 1st | 3/11/2021 | 5/1/2020 | $60,556.00 | 11/23/2020 | $60,892.42 |
| Centerville Chamber of Commerce | 501(c)(6) | 6270617400 | 1st | 12/27/2020 | 5/14/2020 | $39,346.47 | 11/12/2020 | $39,542.11 |
| Centerville Chamber of Commerce | 501(c)(6) | 7884388409 | 2nd | 12/27/2020 | 2/12/2021 | $43,355.00 | 7/16/2021 | $43,533.24 |
| Columbus Club Inc. | 501(c)(7) | 2106617400 | 1st | 3/11/2021 | 5/5/2020 | $8,947.50 | 11/2/2020 | $8,990.89 |
| Columbus Club Inc. | 501(c)(7) | 5816868410 | 2nd | 3/11/2021 | 2/9/2021 | $11,456.51 | 6/23/2021 | $11,497.63 |
| Crestmoor Golf Club Inc. | 501(c)(7) | 7638737209 | 1st | 3/11/2021 | 4/28/2020 | $8,500.00 | 12/16/2020 | $8,552.89 |
| The Des Moines Embassy Club | 501(c)(7) | 2604247105 | 1st | 3/11/2021 | 4/11/2020 | $376,700.00 | 5/20/2021 | $380,797.26 |
| The Des Moines Embassy Club | 501(c)(7) | 3704938501 | 2nd | 3/11/2021 | 2/24/2021 | $538,164.00 | 10/25/2021 | $541,628.89 |
| Fraternal Order of Eagles— Aerie 3876 | 501(c)(8) | 2941068205 | 1st | 3/11/2021 | 8/3/2020 | $4,320.00 | 12/31/2020 | $4,337.76 |
| Fraternal Order of Eagles— Aerie 3876 | 501(c)(8) | 7765048507 | 2nd | 3/11/2021 | 3/6/2021 | $6,048.00 | 8/11/2021 | $6,074.04 |
| Geneva Golf & Country Club | 501(c)(7) | 5386867010 | 1st | 3/11/2021 | 4/5/2020 | $106,507.85 | 1/7/2021 | $107,309.62 |

2

*United States of America ex rel. The Tarbell Group, LLC v. Adams Community Economic Development Corporation, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Geneva Golf & Country Club | 501(c)(7) | 1063288300 | 2nd | 3/11/2021 | 1/16/2021 | $106,507.85 | 8/25/2021 | $107,149.86 |
| Green Acres Club | 501(c)(7) | 3064587203 | 1st | 3/11/2021 | 4/16/2020 | $13,400.00 | 11/23/2020 | $13,481.14 |
| Happy Hollow Country Club | 501(c)(7) | 8863787410 | 1st | 3/11/2021 | 5/19/2020 | $13,620.00 | 1/11/2021 | $13,708.53 |
| Happy Hollow Country Club | 501(c)(7) | 2645498407 | 2nd | 3/11/2021 | 2/3/2021 | $14,454.37 | 7/20/2021 | $14,521.02 |
| International Union of Painters and Allied Trades District Council | 501(c)(5) | 6507798000 | 1st | 3/11/2021 | 6/30/2020 | $51,925.00 | 4/29/2021 | $52,340.40 |
| Iowa Turkey Federation Inc. | 501(c)(5) | 5818407300 | 1st | 3/11/2021 | 4/30/2020 | $26,976.00 | 11/23/2020 | $27,128.11 |
| Iowa Turkey Federation Inc. | 501(c)(5) | 8541348400 | 2nd | 3/11/2021 | 2/13/2021 | $30,392.00 | 7/27/2021 | $30,527.08 |
| KYC Inc. | 501(c)(7) | 6664557910 | 1st | 3/11/2021 | 6/16/2020 | $17,500.00 | 6/17/2021 | $17,674.52 |
| KYC Inc. | 501(c)(7) | 8418738502 | 2nd | 3/11/2021 | 3/9/2021 | $26,500.00 | 12/29/2021 | $26,712.00 |
| Kalona Area Chamber of Commerce Inc. | 501(c)(6) | 8163527205 | 1st | 12/27/2020 | 4/28/2020 | $4,590.49 | 11/12/2020 | $4,615.48 |
| LakeView Golf & Country Club | 501(c)(7) | 6091677107 | 1st | 3/11/2021 | 4/14/2020 | $14,417.00 | 12/10/2020 | $14,509.51 |
| Lakeshore Golf and Country Club | 501(c)(7) | 6018997102 | 1st | 3/11/2021 | 4/14/2020 | $4,900.00 | 2/16/2021 | $4,938.46 |
| Lakeshore Golf and Country Club | 501(c)(7) | 7611758407 | 2nd | 3/11/2021 | 2/12/2021 | $4,900.00 | 6/15/2021 | $4,915.93 |
| Lakeview Country Club of Madison County Iowa Inc. | 501(c)(7) | 9469417008 | 1st | 3/11/2021 | 4/9/2020 | $9,770.00 | 11/23/2020 | $9,828.89 |

*United States of America ex rel. The Tarbell Group, LLC v. Adams Community Economic Development Corporation, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Logan Missouri Valley Country Club | 501(c)(7) | 6235627005 | 1st | 3/11/2021 | 4/6/2020 | $25,090.00 | 11/2/2020 | $25,227.30 |
| Mechanical Contractors Association of Iowa Inc. | 501(c)(6) | 3941357708 | 1st | 12/27/2020 | 5/1/2020 | $65,137.00 | 4/1/2021 | $65,722.34 |
| Muscatine County Fair | 501(c)(5) | 9480747003 | 1st | 3/11/2021 | 4/9/2020 | $12,800.00 | 10/20/2020 | $12,866.13 |
| Muscatine County Fair | 501(c)(5) | 6880118309 | 2nd | 3/11/2021 | 1/27/2021 | $15,180.00 | 9/16/2021 | $15,274.45 |
| Muscatine Mutual Insurance Association | 501(c)(15) | 3163857305 | 1st | 3/11/2021 | 4/29/2020 | $25,882.50 | 11/5/2020 | $26,018.38 |
| Oakdale Memorial Gardens Inc. | 501(c)(13) | 4499727201 | 1st | 3/11/2021 | 4/27/2020 | $31,600.00 | 12/8/2020 | $31,791.33 |
| Oakdale Memorial Gardens Inc. | 501(c)(13) | 6952928305 | 2nd | 3/11/2021 | 1/27/2021 | $31,600.00 | 6/15/2021 | $31,717.74 |
| The Outing Club | 501(c)(7) | 8866147009 | 1st | 3/11/2021 | 4/9/2020 | $150,000.00 | 4/29/2021 | $151,545.21 |
| Pine Knolls Company dba Pine Knolls Golf Club | 501(c)(7) | 7637357102 | 1st | 3/11/2021 | 4/14/2020 | $15,792.50 | 11/2/2020 | $15,876.29 |
| The Red Oak Country Club | 501(c)(7) | 5258657001 | 1st | 3/11/2021 | 4/5/2020 | $40,600.00 | 10/13/2020 | $40,808.64 |
| The Red Oak Country Club | 501(c)(7) | 1168538310 | 2nd | 3/11/2021 | 1/16/2021 | $40,687.00 | 7/27/2021 | $40,898.35 |
| Sigma Lambda Beta International Fraternity | 501(c)(7) | 3199208002 | 1st | 3/11/2021 | 6/24/2020 | $54,100.00 | 5/20/2021 | $54,591.41 |
| Sigma Lambda Beta International Fraternity | 501(c)(7) | 8164138607 | 2nd | 3/11/2021 | 3/24/2021 | $46,847.00 | 8/4/2021 | $47,017.47 |
| Treynor Recreation Area | 501(c)(7) | 1233787207 | 1st | 3/11/2021 | 4/15/2020 | $13,697.00 | 11/25/2020 | $13,779.56 |

*United States of America ex rel. The Tarbell Group, LLC v. Adams Community Economic Development Corporation, et al.*
Defendants' PPP Loans

| Name | Type | Loan No. | Draw | Date Eligible | Date Approved | Loan Amount | Forgiveness Date | Amount Forgiven |
|---|---|---|---|---|---|---|---|---|
| Urbandale Golf and Country Club | 501(c)(7) | 8418167000 | 1st | 3/11/2021 | 4/8/2020 | $108,000.00 | 1/7/2021 | $108,798.00 |
| Washington Golf & Country Club | 501(c)(7) | 4656067002 | 1st | 3/11/2021 | 4/4/2020 | $19,200.00 | 1/7/2021 | $19,342.93 |
| West Liberty Golf and Country Club | 501(c)(7) | 1428017210 | 1st | 3/11/2021 | 4/15/2020 | $35,900.00 | 1/12/2021 | $36,162.27 |