| | | |
|---|---|---|
| THE TARBELL GROUP, LLC, | * | CIVIL NO. 4:25-cv-00119-SMR-SBJ |
| | * | |
| Plaintiff/Relator, | * | |
| v. | * | |
| | * | |
| ADAMS COMMUNITY ECONOMIC | * | **ORDER** |
| DEVELOPMENT CORPORATION, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

The United States of America has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). *See* Dkt. 9. IT IS THEREFORE ORDERED as follows:

1. The case shall be unsealed except for the United States' Memorandum in Support of Motion for Extension of Time to Consider Election to Intervene (Dkt. 6-1) which shall remain under seal.

2. The Complaint (Dkt. 1) shall be served upon Defendants by the Plaintiff/Relator The Tarbell Group, LLC.

3. A copy of this Order and the Government's Notice of Election to Decline Intervention (Dkt. 9) shall also be served by Plaintiff/Relator upon Defendants with the Complaint.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States of America. The United States of America may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States of America.

6. All orders of this Court will be sent to the United States of America electronically via the ECF system.

7.  Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States of America before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated February 23, 2026.

Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge