## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC,<br><br>      Plaintiff<br><br>      v.<br><br>Muscatine Mutual Insurance Association,<br><br>      Defendant | **NOTICE OF DISMISSAL FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Case no. 4:25-cv-119-SHL-SBJ |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff-Relator The Tarbell Group, LLC ("Relator") hereby dismisses this action against **Muscatine Mutual Insurance Association**. The United States Attorney's Office for the Southern District of Iowa has notified the undersigned that the Government consents to this dismissal, in accordance with 31 U.S.C. § 3730(b)(1).

/s/ Alan R. Ostergren
**Alan R. Ostergren**
ALAN R. OSTERGREN, PC
500 East Court Ave., Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com