# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

United States of America ex rel.
The Tarbell Group, LLC,

      Plaintiff

        v.

Muscatine Mutual Insurance
Association,

      Defendant

**STIPULATION OF
DISMISSAL
FED. R. CIV. P. 41(a)(1)(A)(ii)**

Case no. 4:25-cv-119-SHL-SBJ

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Relator The Tarbell Group, LLC ("Relator") hereby dismisses this action against **Muscatine Mutual Insurance Association**. The United States Attorney's Office for the Southern District of Iowa has notified the undersigned that the Government consents to this dismissal, in accordance with 31 U.S.C. § 3730(b)(1).

Defendant **Muscatine Mutual Insurance Association** stipulates to this dismissal. Each party shall be liable for their costs and fees.

/s/ Alan R. Ostergren
**Alan R. Ostergren**
ALAN R. OSTERGREN, PC
500 East Court Ave., Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com
Attorney for The Tarbell Group, LLC

/s/ Cody J. Edwards
**Cody J. Edwards**
DICKINSON BRADSHAW
801 Grand Ave., Suite 3700
Des Moines, Iowa 50309-8004
(515) 246-4558
cedwards@dickinsonbradshaw.com
Attorney for Muscatine Mutual Insurance
Association