## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC,<br><br>       Plaintiff<br><br>          v.<br><br>Lakeview Country Club of Madison County Iowa, Inc.<br><br>       Defendant | **STIPULATION OF DISMISSAL FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Case no. 4:25-cv-119-SHL-SBJ |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff-Relator The Tarbell Group, LLC ("Relator") hereby dismisses this action against **Lakeview Country Club of Madison County Iowa, Inc.** The United States Attorney's Office for the Southern District of Iowa has notified the undersigned that the Government consents to this dismissal, in accordance with 31 U.S.C. § 3730(b)(1).

Defendant **Lakeview Country Club of Madison County Iowa, Inc.** stipulates to this dismissal. Each party shall be liable for their costs and fees.

/s/ Alan R. Ostergren
**Alan R. Ostergren**
ALAN R. OSTERGREN, PC
500 East Court Ave., Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com
Attorney for The Tarbell Group, LLC

/s/ Todd Lantz

**Todd Lantz**
WEINHARDT & LANTZ
2600 Grand Ave., Suite 450
Des Moines, Iowa 50312
(515) 564-5276
tlantz@weinhardtlantz.com
Attorney for Lakeview Country Club of
Madison County Iowa, Inc.