**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION, AGRIBUSINESS ASSOCIATION OF IOWA, AMES GOLF AND COUNTRY CLUB, APPANOOSE COUNTRY CLUB, ASPEN GROVE CEMETERY ASSOCATION, ATLANTIC GOLF & COUNTRY CLUB, AUDUBON GOLF AND COUNTRY CLUB, BLOOMFIELD COUNTRY CLUB, BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE, CENTERVILLE CHAMBER OF COMMERCE, COLOMBUC CLUB INC., THE DES MOINES EMBASSY CLUB, FRATERNAL ORDER OF EAGLES— AERIE 3876 GENEVA GOLF & COUNTRY CLUB, GREEN ACRES CLUB, HAPPY HALLOW COUNTRY CLUB, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL, IOWA TURKEY FEDERATION INC., KYC INC., KALONA AREA CHAMBER OF COMMERCE INC., LAKEVIEW GOLF & COUNTRY CLUB, LAKESHORE GOLF AND COUNTRY | **CASE NO: 4:25-CV-119-SHL-SBJ**<br><br><br>**DEFENDANT WASHINGTON GOLF & COUNTRY CLUB'S MOTION TO DISMISS** |

CLUB,
LAKEVIEW COUNTRY CLUB OF
      MADISON COUNTY IOWA INC.,
LOGAN MISSOURI VALLEY
      COUNTRY CLUB,
MECHANCIAL CONTRACTORS
      ASSOCIATION OF IOWA INC.,
MUSCATINE COUNTY FAIR,
MUSCATINE MUTUAL INSURANCE
      ASSOCIATION,
OAKDALE MEMORIAL GARDENS
      INC.,
THE OUTING CLUB,
PINE KNOLLS COMPANY d/b/a PINE
      KNOLLS GOLF CLUB,
THE RED OAK COUNTRY CLUB,
SIGMA LAMBDA BETA
      INTERNATIONAL FRATERNITY,
TREYNORE RECREATION AREA,
URBANDALE GOLF AND COUNTRY
      CLUB,
WASHINGTON GOLF & COUNTRY
      CLUB, and
WEST LIBERTY GOLF AND
      COUNTRY CLUB,

            Defendants.

**COMES NOW** Defendant, Washington Golf & Country Club ("Washington Golf" or "Defendant"), by and through undersigned counsel, and hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims against it in Plaintiff's Complaint. In support of this Motion, Defendant states as follows:

1.      The Tarbell Group, LLC ("Tarbell") is has filed multiple False Claims Act ("FCA") lawsuits against nonprofit organizations such as Defendant throughout the country.

2

2. Tarbell's complaint accuses Defendant and other Iowa organizations of violating the FCA based on purported false representations made in Paycheck Protection Program ("PPP") materials.

3. Defendant joins, incorporates, and adopts by reference all arguments, statements, and authorities set forth in the Motion to Dismiss (Dkt. No. 70) and Brief in Support of Motion to Dismiss (Dkt. No. 70-1) filed by Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of Locomotive Engineers Gene, Crestmoor Golf Club Inc., Fraternal Order of Eagles – Aerie 3876, Kalona Area Chamber of Commerce, KYC Inc., Lakeshore Golf and Country Club, Logan Missouri Valley Country Club, and Pine Knolls Company d/b/a Pine Knolls Golf Club (collectively, the "Lantz Defendants") on June 25, 2026.

4. Defendant is similarly situated to the Lantz Defendants. The deficiencies identified in the Lantz Defendants' motion and brief apply with equal force to the allegations made against Washington Golf.

5. Defendant moves to dismiss Tarbell's complaint for failure to state a claim under Rule 12(b)(6) for the same three reasons set forth in the Lantz Defendants' motion and brief: (I) The complaint fails to plead a plausible claim; (II) the particularity standard is not met; and (III) the public disclosure bar requires dismissal.

6. Defendant contemporaneously files herewith a Brief in Support of its Motion to Dismiss.

**WHEREFORE**, Washington Golf respectfully requests that this Court grant its Motion to Dismiss and dismiss Tarbell's Complaint against Washington Golf with prejudice for failure to state a claim upon which relief can be granted.

DICKINSON, BRADSHAW, FOWLER & HAGEN, P.C.

By:    /s/ Theodore W. Craig
          Theodore W. Craig, AT0010226
          Cody J. Edwards, AT0010913
          Grant W. Gasner, AT0016078
          801 Grand Avenue, Suite 3700
          Des Moines, IA  50309-8004
          Phone:       (515) 243-4191
          Fax:          (515) 246-5808
          E-Mail:       tcraig@dickinsonbradshaw.com
                        cedwards@dickinsonbradshaw.com
                        ggasner@dickinsonbradshaw.com

ATTORNEYS FOR DEFENDANT WASHINGTON GOLF & COUNTRY CLUB

Original electronically filed.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically and served upon all counsel of record through the Court's CM/ECF system this 26th day of June, 2026.

                                  /s/ Cynthia Dillinger