UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIC OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION, AGRIBUSINESS ASSOCIATION OF IOWA, AMES GOLF AND COUNTRY CLUB, APPANOOSE COUNTRY CLUB, ASPEN GROVE CEMETERY ASSOCATION, ATLANTIC GOLF & COUNTRY CLUB, AUDUBON GOLF AND COUNTRY CLUB, BLOOMFIELD COUNTRY CLUB, BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE, CENTERVILLE CHAMBER OF COMMERCE, COLOMBUC CLUB INC., THE DES MOINES EMBASSY CLUB, FRATERNAL ORDER OF EAGLES— AERIE 3876 GENEVA GOLF & COUNTRY CLUB, GREEN ACRES CLUB, HAPPY HALLOW COUNTRY CLUB, INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL, IOWA TURKEY FEDERATION INC., KYC INC., KALONA AREA CHAMBER OF COMMERCE INC., LAKEVIEW GOLF & COUNTRY CLUB, | Case No. 4:25-cv-119 RGE-SBJ<br><br><br><br>**JOINDER IN MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

1

| | |
|---|---|
| LAKESHORE GOLF AND COUNTRY CLUB, LAKEVIEW COUNTRY CLUB OF MADISON COUNTY IOWA INC., LOGAN MISSOURI VALLEY COUNTRY CLUB, MECHANCIAL CONTRACTORS ASSOCIATION OF IOWA INC., MUSCATINE COUNTY FAIR, MUSCATINE MUTUAL INSURANCE ASSOCIATION, OAKDALE MEMORIAL GARDENS INC., THE OUTING CLUB, PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB, THE RED OAK COUNTRY CLUB, SIGMA LAMBDA BETA INTERNATIONAL FRATERNITY, TREYNORE RECREATION AREA, URBANDALE GOLF AND COUNTRY CLUB, WASHINGTON GOLF & COUNTRY CLUB, and WEST LIBERTY GOLF AND COUNTRY CLUB<br><br>Defendants. | |

COME NOW Defendants Centerville Chamber of Commerce, Lakeview Golf & Country Club, Happy Hollow Country Club, Oakdale Memorial Gardens Inc., and The Outing Club and hereby join in and adopt as their own the Motion to Dismiss for Failure to State a Claim filed by Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery Association, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of locomotive Engineers Gene, Crestmoor Golf Club Inc., Fraternal Order

of Eagles, KYC Inc., Kalona Area Chamber of Commerce Inc., Logan Missouri Valley

Country Club, and Pine Knolls Company filed on June 25, 2026 (Docket #70).

GORDON REES SCULLY MANSUKHANI

*/s/ Thomas J. Joensen*
Thomas J. Joensen  AT0003868
1701 Ruan Center
666 Grand Avenue
Telephone: (515) 204-2845
Facsimile: (515) 724-5801
E-Mail: tjoensen@grsm.com

*ATTORNEYS FOR DEFENDANTS
CENTYERVILLE CHAMBER OF
COMMERCE, LAKEVIEW GOLF &
COUNTRY CLUB, HAPPY HOLLOW
COUNTRY CLUB, OAKDALE
MEMORIAL GARDENS, FRATERNAL
ORDER OF EAGLES, AND THE
OUTING CLUB*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on June 30, 2026, by:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivered     ☐ UPS
☐ Federal Express    ☒ CM-ECF
☐ Email
/s/ *Peggy Rosky*