**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMETERY ASSOCIATION; ATLANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES – AERIE 3876; GENEVA GOLF & COUNTRY CLUB; GREEN ACRES CLUB; HAPPY HOLLOW COUNTRY CLUB; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLF & COUNTRY CLUB; LAKESHORE GOLF & COUNTRY CLUB; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; MUSCATINE COUNTY FAIR; OAKDALE MEMORIAL GARDENS INC.; THE OUTING CLUB; PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB; THE RED OAK COUNTRY CLUB; SIGMA LAMBDA BETA FRATERNITY; TREYNOR RECREATION AREA; URBANDALE GOLF AND COUNTRY CLUB; WASHINGTON GOLF & COUNTRY CLUB; and WEST LIBERTY GOLF AND COUNTRY CLUB, <br><br> Defendants. | Case No. 4:25-cv-119-RGE-SBJ <br><br> **MOTION TO DISMISS AND JOINDER IN NONPROFITS' MOTION TO DISMISS** |

1

COMES NOW Defendant Treynor Recreation Area, by and through its undersigned counsel, and for its Motion to Dismiss and Joinder in Nonprofits' Motion to Dismiss states as follows:

### 1. Plaintiff has failed to plausibly allege any knowingly false statements by Defendant Treynor Recreation Area.

Plaintiff's claim against Defendant Treynor Recreation Area fails at the pleadings stage because Defendant Treynor Recreation Area did not misrepresent its 501(c)(7) status on its PPP loan or forgiveness applications. To avoid dismissal under Fed. R. Civ. P. 12(b)(6), a complaint must include "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 547, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). Regarding Defendant Treynor Recreation Area, Plaintiff alleges:

- Defendant Treynor Recreation Area is a Tax-Exempt 501(c)(7) Organization. Complaint, DE 1, ¶ 33.

- As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program. *Id.* at ¶ 44.

- The PPP Program excluded Tax-Exempt 501(c)(7) Organizations from eligibility until March 11, 2021. *Id.* at ¶ 47.

- Defendants each applied for and received PPP Loans for which they were legally ineligible. *Id.* at ¶ 51.

"A prima facie case under the [False Claims Act] requires that (1) the defendant made a claim against the United States; (2) the claim was false or fraudulent; and (3) the defendant knew the claim was false or fraudulent. *United States v. Basin Elec. Power Co-op.*, 248 F.3d 781, 803 (8th Cir. 2001). On its PPP Borrower Application Form, Defendant Treynor Recreation Area expressly represented that it was a 501(c)(7) organization:

| Check One: | ☐ Sole proprietor  ☐ Partnership  ☐ C-Corp  ☐ S-Corp  ☐ LLC<br>☐ Independent contractor  ☐ Eligible self-employed individual<br>☑ 501(c)(7) nonprofit  ☐ 501(c)(19) veterans organization<br>☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act)  ☐ Other | DBA or Tradename if Applicable<br><br>*Treynor Recreation Area Clubhouse* |
|---|---|---|
| **Business Legal Name** | *Treynor Recreation Area* | |
| **Business Address** | | **Business TIN (EIN, SSN)** · **Business Phone** |

**Paycheck Protection Program**
**Borrower Application Form**

OMB Control No.: 3245-0407
Expiration Date: 09/30/2020

Nowhere on its PPP Borrower Application Form (Exhibit A hereto) or its PPP Loan Forgiveness Application Form (Exhibit B hereto) did Defendant Treynor Recreation Area misrepresent its tax-exempt status.[1]  Accordingly, Plaintiff has not plausibly alleged that Defendant Treynor Recreation Area made any knowingly false or fraudulent claim, and Defendant Treynor Recreation Area is entitled to dismissal under Fed. R. Civ. P. 12(b)(6).

**2.    Defendant Treynor Recreation Area joins the Co-Defendant Nonprofits' Motion to Dismiss (DE 70).**

On June 25, 2026, Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of Locomotive Engineers Gene, Crestmoor Country Club, Inc., Fraternal Order of Eagles – Aerie 3876, Kalona Area Chamber of Commerce Inc., KYC Inc., Lakeshore Golf and Country Club, Logan Missouri Valley Country Club, and Pine Knolls Company d/b/a Pine Knolls Golf Club (collectively, the "Nonprofits") filed a Motion to Dismiss and Brief in Support pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), demonstrating that the Complaint fails to plausibly plead knowledge, fails to plead fraud with

---

[1] "Though matters outside the pleadings may not be considered in deciding a Rule 12 motion to dismiss, documents necessarily embraced by the complaint are not matters outside the pleading." *Enervations, Inc. v. Minn. Min. & Mfg. Co.*, 380 F.3d 1066, 1069 (8th Cir. 2004) (quotations omitted).  Defendant Treynor Recreation Area's PPP loan and forgiveness applications are 'necessarily embraced by the Complaint' and may be considered in connection with its motion to dismiss.

particularity, and is barred as a matter of law by the False Claims Act's public disclosure bar, 31 U.S.C. § 3730(e)(4)(A). (DE 70).

Defendant Treynor Recreation Area is similarly situated to the moving Nonprofits. The deficiencies identified in the Nonprofits' motion and brief apply with equal force to the allegations made against Defendant Treynor Recreation Area. Accordingly, to conserve judicial resources and avoid unnecessary duplication, Defendant Treynor Recreation Area adopts and joins all grounds, arguments, and authorities on which the Nonprofits seek dismissal of the pending Complaint.

WHEREFORE Defendant Treynor Recreation Area respectfully requests that the Court grant the Motion to Dismiss, dismiss Plaintiff's Complaint against it with prejudice, and grant all further relief requested therein.

Respectfully submitted,

By: */s/Brian O. Marty*
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515)223-8887
Email: marty@sagwlaw.com

***ATTORNEYS FOR DEFENDANT TREYNOR RECREATION AREA***

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2026, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Brian O. Marty

4