

**Paycheck Protection Program**
**PPP Loan Forgiveness Application Form 3508S**

OMB Control No. 3245-0407
Expiration date: 10/31/2020

**A BORROWER MAY USE THIS FORM ONLY IF THE BORROWER RECEIVED A PPP LOAN OF $50,000 OR LESS.**
A Borrower that, together with its affiliates, received PPP loans totaling $2 million or greater cannot use this form.

| Business Legal Name ("Borrower") | DBA or Tradename, if applicable | |
|---|---|---|
| Treynor Recreation Area | | |
| **Business Address** | **Business TIN (EIN, SSN)** | **Business Phone** |
| 208 Buck Street PO Box 338 | 42-0896241 | (712) -487-3302 |
| Treynor, IA 51575 | **Primary Contact** | **E-mail Address** |
| | Roy Gravett | roy@powertechteam.com |

SBA PPP Loan Number: 12337872-07     Lender PPP Loan Number: 105449

PPP Loan Amount: $13,697.00     PPP Loan Disbursement Date: 4/21/20

Employees at Time of Loan Application: 2.938 FTE     Employees at Time of Forgiveness Application: 4.638 FTE

EIDL Advance Amount: _____     EIDL Application Number: _____

Forgiveness Amount: 13697.00

**By Signing Below, You Make the Following Representations and Certifications on Behalf of the Borrower:**

The Authorized Representative of the Borrower certifies to all of the below by initialing next to each one.

_✓_   The dollar amount for which forgiveness is requested does not exceed the principal amount of the PPP loan and:
- was used to pay costs that are eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; or business utility payments);
- includes payroll costs equal to at least 60% of the forgiveness amount;
- if a 24-week Covered Period applies, does not exceed 2.5 months' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $20,833 per individual; and
- if the Borrower has elected an 8-week Covered Period, does not exceed 8 weeks' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $15,385 per individual.

_✓_   I understand that if the funds were knowingly used for unauthorized purposes, the federal government may pursue recovery of loan amounts and/or civil or criminal fraud charges.

_✓_   The Borrower has accurately verified the payments for the eligible payroll and nonpayroll costs for which the Borrower is requesting forgiveness, and has accurately calculated the forgiveness amount requested.

_✓_   I have submitted to the Lender the required documentation verifying payroll costs, the existence of obligations and service (as applicable) prior to February 15, 2020, and eligible business mortgage interest payments, business rent or lease payments, and business utility payments.

_✓_   The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects. I understand that knowingly making a false statement to obtain forgiveness of an SBA-guaranteed loan is punishable under the law, including 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

_✓_   The tax documents I have submitted to the Lender are consistent with those the Borrower has submitted/will submit to the IRS and/or state tax or workforce agency. I also understand, acknowledge, and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of ensuring compliance with PPP requirements and all SBA reviews.

_✓_   I understand, acknowledge, and agree that SBA may request additional information for the purposes of evaluating the Borrower's eligibility for the PPP loan and for loan forgiveness, and that the Borrower's failure to provide information requested by SBA may result in a determination that the Borrower was ineligible for the PPP loan or a denial of the Borrower's loan forgiveness application.

The Borrower's eligibility for loan forgiveness will be evaluated in accordance with the PPP regulations and guidance issued by SBA through the date of this application. SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan.

_Roy Haavell_          _11/18/20_

Signature of Authorized Representative of Borrower      Date

_Roy Gravett_             _President_

Print Name                                Title

SBA Form 3508S (10/20)