# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMETERY ASSOCIATION; ATLANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES – AERIE 3876; GENEVA GOLF & COUNTRY CLUB; GREEN ACRES CLUB; HAPPY HOLLOW COUNTRY CLUB; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLF & COUNTRY CLUB; LAKESHORE GOLF & COUNTRY CLUB; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; MUSCATINE COUNTY FAIR; OAKDALE MEMORIAL GARDENS INC.; THE OUTING CLUB; PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB; THE RED OAK COUNTRY CLUB; SIGMA LAMBDA BETA FRATERNITY; TREYNOR RECREATION AREA; | Case No.  4:25-cv-119-RGE-SBJ <br><br> **MOTION TO STRIKE AND MOTION TO DISMISS** |

- 1 -

- 2 -

| URBANDALE GOLF AND COUNTRY CLUB; WASHINGTON GOLF & COUNTRY CLUB; and WEST LIBERTY GOLF AND COUNTRY CLUB,<br><br>    Defendants. | |
|---|---|

Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of Locomotive Engineers Gene, Crestmoor Golf Club Inc., Kalona Area Chamber of Commerce, KYC Inc., Lakeshore Golf and Country Club, Logan Missouri Valley Country Club, and Pine Knolls Company d/b/a Pine Knolls Golf Club (collectively, the "W&L Defendants"), hereby move this Court to strike the First Amended Complaint (Dkt. No. 92) and to dismiss the original complaint (Dkt. No. 1). Alternatively, the W&L Defendants move this Court to dismiss the First Amended Complaint. In support, the W&L Defendants state:

1.    Virginia-based The Tarbell Group, LLC ("Tarbell") is a serial filer of False Claims Act ("FCA") lawsuits against nonprofit organizations throughout the country. This lawsuit is more of the same, as Tarbell accuses dozens of Iowa nonprofits of violating the FCA based on purported false representations made in Paycheck Protection Program materials.

2.    On June 25, 2026, the W&L Defendants previously filed a motion to dismiss Tarbell's original complaint based on Fed. R. Civ. P. 12(b)(6). Dkt. No. 70. Other defendants either joined W&L Defendants' motion or filed their own motion to dismiss.

3.    On July 9, 2026, Tarbell filed a First Amended Complaint without requesting leave from the Court. Dkt. No. 92.

- 2 -

4. On July 13, 2026, the Court entered a text order finding that the pending motions to dismiss were moot. Dkt. No. 94.

5. On July 18, 2026, two defendants, The Des Moines Embassy Club and Urbandale Golf and Country Club, filed a motion to strike the First Amended Complaint (the "Embassy/Urbandale Motion to Strike"). Dkt. 102.

6. The W&L Defendants move to strike the First Amended Complaint and join in the Embassy/Urbandale Motion to Strike. Tarbell's amendment required leave of Court, which it did not request. Insofar as the Court considers Tarbell's amendment as a request for leave to amend, that request should be denied due to Tarbell's undue delay. Without the amended pleading, the W&L Defendants renew their earlier motion to dismiss the original complaint.

7. Alternatively, pursuant to Fed. R. Civ. P. 12(b)(6), the W&L Defendants move to dismiss the First Amended Complaint for failure to state a claim for three reasons:

a. *First*, Tarbell's First Amended Complaint should be dismissed because it does not plead sufficient facts to state a plausible claim to relief. Specifically, Tarbell fails to plead a plausible basis to infer that each of the W&L Defendants knew that they submitted a false or fraudulent claim. Tarbell's "formulaic recitation" of the elements is not enough.

b. *Second*, the First Amended Complaint should be dismissed because it does not meet the heightened particularity standard for pleading fraud claims. Tarbell does not allege *when* the alleged false statements were made, *who* made them, or *how* Tarbell learned of them.

c. *Third*, the First Amended Complaint should be dismissed because all its factual assertions rely on publicly available information. The FCA's public disclosure

bar prohibits Tarbell from basing its claims on such information. *See* 31 U.S.C. § 3730(e)(4)(A).

8.    Separately, dismissal of Tarbell's lawsuit is required because of two more procedural defects that were first raised by Defendant Agribusiness Association of Iowa (Dkt. No. 85):

a.    Tarbell failed to serve the W&L Defendants with a copy of the Court's February 23, 2026 order (Dkt. No. 10) and a copy of the Government's Notice of Election to Decline Intervention (Dkt. No. 9). This failure means that process was insufficient and dismissal is required. Fed. R. Civ. P. 12(b)(4).

b.    Tarbell improperly joined the defendants together in this lawsuit.

9.    The W&L Defendants refer to and incorporate their brief filed contemporaneously with this motion, which more fully explains the grounds for relief requested herein.

WHEREFORE, the W&L Defendants pray this Court for an order granting their motion to strike the First Amended Complaint and enter an order dismissing the original Complaint with prejudice. Alternatively, the W&L Defendants pray that the Court enter an order granting their motion to dismiss the First Amended Complaint with prejudice.

WEINHARDT & LANTZ, P.C.

By:____/s/ Todd M. Lantz_____

Todd M. Lantz                              AT0010162
Kyle J. Essley                               AT0015054
2600 Grand Avenue, Suite 450
Des Moines, IA  50312
Telephone:  (515) 244-3100
E-mail:    tlantz@weinhardtlantz.com
              kessley@weinhardtlantz.com

- 4 -

4911-4258-4768, v. 1

- 5 -

ATTORNEYS FOR DEFENDANTS ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION, AMES GOLF AND COUNTRY CLUB, ASPEN GROVE CEMETERY, ATLANTIC GOLF & COUNTRY CLUB, AUDUBON GOLF & COUNTRY CLUB, BLOOMFIELD COUNTRY CLUB, BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE, CRESTMOOR GOLF CLUB INC., KALONA AREA CHAMBER OF COMMERCE, KYC INC., LAKESHORE GOLF & COUNTRY CLUB, LOGAN MISSOURI VALLEY COUNTRY CLUB, PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on July 23, 2026 via CM/ECF.

Signature:    /s/ Maura McNally