**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

UNITED STATES OF AMERICA ex rel.,
THE TARBELL GROUP, LLC,
Plaintiff,
vs.

ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMENTARY ASSOCIATION; ALANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES AERIE 3876; GENEVA GOLF & CONTRY CLUB; HAPPY HOLLOW COUNTRY CLUB; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLD & COUNTRY CLUB; LAKEVIEW COUNTRY CLUB OF MADION COUNTY IOWA INC.; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; MUSCATINE COUNTY FAIR; MUSCATINE MUTUAL INSURANCE ASSOCIATION; OAKDALE MEMORIAL GARENCS INC; THE OUTING CLUB,
Defendants.

Case No. 4:25-cv-119-SMR-SBJ

**DECLARATION OF JUSTIN ZAPUTIL UNDER PENTALTY OF PERJURY**

I, Justin Zaputil, being first duly sworn upon oath, depose and state as follows:

1. I am an adult resident of Centerville, Appanoose County, Iowa. I have been actively involved as an officer with the Appanoose Country Club, serving as, Board Member and Club President over a period of 18 years. I am fully aware of the operation of the club and the participation of the club in the Paycheck Protection Program (PPP) loan application process. I have reviewed the loan applications, the forgiveness applications, and the forgiveness approvals from the Small Business Administration (SBA).
2. The Appanoose Country Club applied for the first round of PPP funds on April 6, 2020, and we were awarded a loan from the SBA in the amount of $12,430 on April 10, 2020. The club utilized all of that money for payments to our employees, as we were restricted by the State of Iowa in the operation of our restaurant and clubhouse. Our clubhouse has a restaurant and dining facility. We applied for forgiveness on this loan to the SBA on October 9, 2020.
3. We applied for a second round of PPP funds on January 13, 2021, and we were awarded $12,050 on January 21, 2021. The club again utilized this money for our employees in the form of payroll, as the COVID-19 pandemic was ongoing and our business was drastically impacted, even after the Governor relaxed the limitations on operations of restaurants and facilities. We applied for forgiveness of the second draw loan, and the SBA forgave the loan on May 22, 2021.

4. We provided payroll reports to the SBA as part of our forgiveness applications, which were both granted by the SBA. All of the PPP funds were paid to our employees to keep them whole during the pandemic.

5. Further, in making the loan applications, we consulted with our local bank, Iowa Trust and Savings Bank and we utilized the services of our accountant, TD&T who consulted with us and helped prepare the loan applications. The loan applications were signed by Ronald Eggerman, who was a Board member at the time.

6. Attached to this affidavit are true and correct copies of the following documents:
   - The Paycheck Protection Program application form with payroll documents;
   - The PPP application form dated September 11, 2020, with payroll documents attached;
   - The Notice of Paycheck Protection Program Forgiveness Payment dated October 9, 2020;
   - The PPP application form dated January 13, 2021, with payroll information attached;
   - The June 7, 2021, PPP application form with payroll information attached; and
   - The Notice of Paycheck Protection Program Forgiveness Payment dated June 22, 2021, from the Small Business Administration.

7. During this entire process, the Appanoose Country Club sought the advice of their accountant and local bank. At no time did any person involved in the process intend to, in any manner, deceive or commit any type of fraud on the government, as alleged in the Original Complaint and the First Amended Complaint, both of which I have had the opportunity to review. The allegations against the Appanoose Country Club, to my knowledge, are absolutely false and without any merit. We operated at all times in good faith in dealing with the government, in preparing the application forms, and with the advice of professionals.
8. I further state that the Appanoose Country Club is unique in that it is fully open to the public for dining purposes at all times. You do not have to be a member to dine at the club, and that was the situation at the time of the PPP program. Further, nonmembers who do not live in Appanoose County could pay green fees and play golf at the Appanoose Country Club.
9. I provide this affidavit in support of the Appanoose Country Club's Motion to Dismiss. I have actual knowledge of the facts I have recited in this affidavit.
10. Further, your deponent sayeth naught.

I hereby certify under penalty of perjury and pursuant to Iowa law that the foregoing is correct according to my knowledge, information, and belief.

Dated this 22 day of July, 2026.

JUSTIN ZAPUTIL