**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| United States of America ex rel. The Tarbell Group, LLC,<br><br>Plaintiffs<br><br>v.<br><br>Adams Community Economic Development Corporation, et al.,<br><br>Defendants, | Case no. 4:25-cv-119-SHL-SBJ<br><br>MOTION TO AMEND COMPLAINT |

Plaintiff The Tarbell Group, LLC, moves for leave to amend the complaint:

1. Plaintiff filed a First Amended Complaint on July 9, 2026, under Fed. R. Civ. P. 15(a)(1)(B). Plaintiff did so having miscalculated the date under which it could file an amended pleading as a matter of course after the filing of a responsive pleading.

2. There are five pending motions to strike the First Amended Complaint (ECF 102, 104, 107, 109, 111).

3. Plaintiff moves under Fed. R. Civ. P. 15(a)(2) to amend the Complaint as set forth in the previously filed First Amended Complaint. As that rule provides, "[t]he court should freely give leave" for an

amendment "when justice so requires." Delay itself is not a valid ground to deny a proposed amendment. *Roberson* v. *Hayti Police Dept.*, 241 F.3d 992, 995 (8th Cir. 2001). "The burden of proof of prejudice is on the party opposing the amendment." *Id.*

4. No defendant will be unfairly prejudiced by the proposed amendment. An amended complaint will permit the Court to fully consider Plaintiff's allegations in resolution of the pending motions to dismiss. (ECF 102, 104, 107, 109, 111). It would not serve judicial economy to deny an amended complaint only to have the Court consider whether an amended complaint should later be permitted in response to arguments from Defendants in litigation of the motions to dismiss. The Court will ultimately be required to consider the claims in Plaintiff's First Amended Complaint. *See Cornelia I. Crowell GST Trust* v. *Possis Medical, Inc.*, 519 F.3d 778, 781–82 (8th Cir. 2008) (denial of leave to file amended complaint on basis of futility "means district court has reached the legal conclusion that the amended complaint could not withstand a motion to dismiss…")

5. Counsel for defendants have been contacted regarding this motion and have each stated they do not consent to it.

/s/ Alan R. Ostergren
**Alan R. Ostergren**
ALAN R. OSTERGREN, PC
500 East Court Ave., Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com
Attorney for The Tarbell Group, LLC

## Certificate of Service

The undersigned certifies that a true copy of this **Motion to Amend Complaint** was served upon all parties through the courts CM/ECF electronic filing system on August 6, 2026.

/s/ Alan R. Ostergren