**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,

Plaintiff,

v.

ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMETERY ASSOCIATION; ATLANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES – AERIE 3876; GENEVA GOLF & COUNTRY CLUB; GREEN ACRES CLUB; HAPPY HOLLOW COUNTRY CLUB; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLF & COUNTRY CLUB; LAKESHORE GOLF & COUNTRY CLUB; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; MUSCATINE COUNTY FAIR; OAKDALE MEMORIAL GARDENS INC.; THE OUTING CLUB; PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB; THE RED OAK COUNTRY CLUB; SIGMA LAMBDA BETA FRATERNITY; TREYNOR RECREATION AREA;

Case No. 4:25-cv-119-RGE-SBJ

**RESISTANCE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (DKT. NO. 118)**

| | |
|---|---|
| URBANDALE GOLF AND COUNTRY CLUB; WASHINGTON GOLF & COUNTRY CLUB; and WEST LIBERTY GOLF AND COUNTRY CLUB,<br><br>Defendants. | |

Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of Locomotive Engineers Gene, Crestmoor Golf Club Inc., Kalona Area Chamber of Commerce, KYC Inc., Lakeshore Golf and Country Club, Logan Missouri Valley Country Club, and Pine Knolls Company d/b/a Pine Knolls Golf Club (collectively, the "W&L Defendants"), hereby resist the Plaintiff's Motion to Amend Complaint (Dkt. No. 118). In support, the W&L Defendants state:

1. Virginia-based The Tarbell Group, LLC ("Tarbell") is a serial filer of False Claims Act ("FCA") lawsuits against nonprofit organizations throughout the country. This lawsuit is more of the same, as Tarbell accuses dozens of Iowa nonprofits of violating the FCA based on purported false representations made in Paycheck Protection Program materials.

2. On June 25, 2026, the W&L Defendants filed a motion to dismiss Tarbell's original complaint based on Fed. R. Civ. P. 12(b)(6). Dkt. No. 70. Other defendants either joined W&L Defendants' motion or filed their own motion to dismiss.

3. On July 9, 2026, Tarbell filed a First Amended Complaint without requesting leave from the Court. Dkt. No. 92.

4. On July 13, 2026, the Court entered a text order finding that the pending motions to dismiss were moot. Dkt. No. 94.

5. On July 18, 2026, two defendants, The Des Moines Embassy Club and Urbandale Golf and Country Club, filed a motion to strike the First Amended Complaint (the "Embassy/Urbandale Motion to Strike"). Dkt. No. 102.

6. On July 23, 2026, the W&L Defendants filed a Motion to Strike and Motion to Dismiss. Dkt. No. 104. Other defendants filed similar motions. *E.g.*, Dkt. Nos. 102, 107, 109, 111.

7. On August 6, 2026, the Plaintiff filed a motion for leave to amend the complaint, seeking permission to file the First Amended Complaint that was filed without leave on July 9, 2026. Dkt. No. 118.

8. In response to the Plaintiff's recent request for leave to file the First Amended Complaint, the W&L Defendants refer to and incorporate their Motion to Strike and Motion to Dismiss (Dkt. No. 104) and their supporting Brief (Dkt. No. 104-1), including the following positions:

a. Leave to amend should be denied because Tarbell has provided no explanation for its delay in providing information in its original pleading, which the government evaluated under the False Claims Act procedures. *See* Dkt. No. 104-1, at 8-9 (citing to the ECF pages).

b. Leave to amend should be denied as futile because the First Amended Complaint fails to state a claim upon which relief may be granted. *See* Dkt. No. 104-1, at 9-21.

c. Leave to amend should be denied because (a) Tarbell failed to comply with the service-of-process requirements in Judge Jackson's Order dated February 23, 2026 (Dkt. No. 10), and (b) Tarbell has improperly joined

dozens of defendants without any transactional link. *See* Dkt. No. 104-1, at 21-22.

WHEREFORE, the W&L Defendants pray this Court for an order denying Plaintiff's Motion to Amend Complaint (Dkt. No. 155) and granting the relief requested in the W&L Defendants' Motion to Dismiss and Motion to Strike.

WEINHARDT & LANTZ, P.C.

By: /s/ Todd M. Lantz
Todd M. Lantz AT0010162
Kyle J. Essley AT0015054
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: tlantz@weinhardtlantz.com
kessley@weinhardtlantz.com

ATTORNEYS FOR DEFENDANTS ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION, AMES GOLF AND COUNTRY CLUB, ASPEN GROVE CEMETERY, ATLANTIC GOLF & COUNTRY CLUB, AUDUBON GOLF & COUNTRY CLUB, BLOOMFIELD COUNTRY CLUB, BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE, CRESTMOOR GOLF CLUB INC., KALONA AREA CHAMBER OF COMMERCE, KYC INC., LAKESHORE GOLF & COUNTRY CLUB, LOGAN MISSOURI VALLEY COUNTRY CLUB, PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on August 10, 2026 via CM/ECF.

Signature: /s/ Madison Politoski