**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.,<br>THE TARBELL GROUP, LLC,<br>Plaintiff,<br>vs. | Case No. 4:25-cv-119-RGE-SBJ |
| ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMENTARY ASSOCIATION; ALANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES AERIE 3876; GENEVA GOLF & CONTRY CLUB; HAPPY HOLLOW COUNTRY CLUB; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLD & COUNTRY CLUB; | **APPANOOSE COUNTRY CLUB'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND JOINDER WITH W&L DEFENDANTS' MOTION TO DISMISS** |

| | |
|---|---|
| LAKEVIEW COUNTRY CLUB OF MADION COUNTY IOWA INC.; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; MUSCATINE COUNTY FAIR; MUSCATINE MUTUAL INSURANCE ASSOCIATION; OAKDALE MEMORIAL GARENCS INC; THE OUTING CLUB,<br><br>Defendants. | |

COMES NOW Defendant, Appanoose Country Club ("ACC"), hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims asserted against it in Plaintiff's Complaint and First Amended Complaint. In support of this Motion, Appanoose Country Club states as follows:

1. Plaintiff The Tarbell Group, LLC ("Tarbell") filed this action under seal on April 1, 2025, asserting claims under the False Claims Act ("FCA") arising from Paycheck Protection Program ("PPP") materials.

2. ACC previously joined in the motion to dismiss filed by other defendants in response to Tarbell's original complaint.

3. Tarbell filed a First Amended Complaint on July 9, 2026.

4. ACC filed a Motion to Dismiss the Amended Complaint on July 24, 2026.

5. On August 9, 2026, the Court denied the motion and other pending motions to dismiss without prejudice.

6. Based on the August 9, 2026 order, ACC now renews its Motion to Dismiss.

7. The First Amended Complaint does not plead facts sufficient to state a plausible FCA claim against ACC. Instead, it relies on generalized allegations directed at numerous nonprofit defendants and does not plead particularized facts showing that ACC knowingly submitted any false or fraudulent claim.

8. ACC further joins, incorporates, and adopts the arguments and authorities set forth in the Motion to Dismiss (Dkt. No. 128) and Brief in Support of Motion to Dismiss (Dkt. No. 128-1) filed by W&L Defendants, to the extent those arguments apply to ACC.

9. Dismissal is appropriate because Tarbell's pleadings fail to allege facts supporting the essential scienter element of an FCA claim; fail to plead fraud with the particularity required by Rule 9(b); and are barred by the FCA's public disclosure bar because the allegations rest on publicly available information rather than original, independent knowledge.

10. ACC specifically denies any fraudulent conduct. Its PPP materials were prepared and submitted with the assistance of its tax preparer and banker, and the SBA approved the applications and loan forgiveness.

WHEREFORE, Defendant Appanoose Country Club respectfully requests that the Court grant this Motion, dismiss Tarbell's Complaint and First Amended Complaint against Appanoose Country Club with prejudice, and award Appanoose Country Club such further relief as the Court deems just and proper, including fees incurred in defending claims that lack a basis in fact or law.

Respectfully Submitted,

CARNEY & APPLEBY, P.L.C.



Michael J. Carroll (AT0001311)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone: 515/282-6803
Facsimile: 515/282-4700
E-mail: mike@carneyappleby.com
ATTORNEY FOR DEFENDANT

/s/ James W. Carney
James W. Carney (AT0001327)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone: 515/282-6803
Facsimile: 515/282-4700
E-mail: carney@carneyappleby.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record.

Carney & Appleby Law Firm
By: /s/Michael Carroll
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
515-282-6803
515-282-4700 (fax)
ATTORNEY FOR DEFENDANT

Carney & Appleby Law Firm
By: /s/James W. Carney
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
515-282-6803
515-282-4700 (fax)
ATTORNEY FOR DEFENDANT