**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

THE TARBELL GROUP, LLC,

Plaintiff/Relator,

v.

ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,
AGRIBUSINESS ASSOCIATION OF IOWA,
AMES GOLF AND COUNTRY CLUB,
APPANOOSE COUNTRY CLUB,
ASPEN GROVE CEMETERY ASSOCIATION,
ATLANTIC GOLF & COUNTRY CLUB,
AUDUBON GOLF AND COUNTRY CLUB,
BLOOMFIELD COUNTRY CLUB,
BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE,
CENTERVILLE CHAMBER OF COMMERCE,
COLUMBUS CLUB INC.,
CRESTMOOR GOLF CLUB INC.,
THE DES MOINES EMBASSY CLUB,
FRATERNAL ORDER OF EAGLES—AERIE,
GENEVA GOLF & COUNTRY CLUB,
GREEN ACRES CLUB,
HAPPY HOLLOW COUNTRY CLUB,
IOWA TURKEY FEDERATION INC.,
KYC INC.,
KALONA AREA CHAMBER OF COMMERCE, INC.,
LAKEVIEW GOLF & COUNTRY CLUB,
LAKESHORE GOLF AND COUNTRY CLUB,
LOGAN MISSOURI VALLEY COUNTRY CLUB,
MECHANICAL CONTRACTORS ASSOCIATION OF IOWA, INC.,
MUSCATINE COUNTY FAIR.
OAKDALE MEMORIAL GARDENS, INC.,
THE OUTING CLUB,
PINE KNOLLS COMPANY DBA PINE KNOLLS GOLF CLUB,
THE RED OAK COUNTRY CLUB,

Case No.: 4:25-cv-119-SHL-SBJ

**DEFENDANT GENEVA GOLF & COUNTRY CLUB'S JOINDER TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

| | |
|---|---|
| SIGMA LAMBDA BETA INTERNATIONAL FRATERNITY,<br>TREYNOR RECREATION AREA,<br>URBANDALE GOLF AND COUNTRY CLUB,<br>WASHINGTON GOLF & COUNTRY CLUB,<br><br>Defendants. | |

COMES NOW Defendant Geneva Golf & Country Club ("Geneva Golf"), by and through undersigned counsel, and hereby joins in the Motions to Dismiss the First Amended Complaint filed on September 9, 2026, by the W&L Defendants (ECF 128); The Des Moines Embassy Club, Urbandale Golf and Country Club and Washington Golf & Country Club ("Other Moving Defendants") (ECF 130); Agribusiness Association of Iowa ("AAI") (ECF 131) and Appanoose Country Club (ECF 132). Geneva Golf incorporates and adopts the arguments and authorities cited within those motions and supporting briefs, as such arguments and authorities apply equally to Geneva Golf.

Specifically, the First Amended Complaint fails to state a claim upon which relief may be granted against any of the named Defendants due to (1) Tarbell's failure to plausibly plead the scienter element regarding claims asserted; (2) Tarbell's failure to plead with heightened particularity; and (3) the public disclosure bar.

Moreover, Geneva Golf joins in and incorporates W&L Defendants, Other Moving Defendants, AAI and Appanoose Country Club's Motions to Dismiss and supporting briefs regarding the procedural defects of (1) misjoinder of the Defendants and (2) failing to serve Geneva Golf with a copy of the Court's February 23, 2026, order (ECF 10) and a copy of the Government's Notice of Election to Decline Intervention (ECF 9) (see attached Exhibit A – packet served by Tarbell).

WHEREFORE, Geneva Golf respectfully requests that this Court enter an order dismissing the First Amended Complaint with prejudice.

Dated this 9th day of September 2026

GENEVA GOLF AND COUNTRY CLUB, Defendant,

By: */s/Josh R. Baumann*

Christopher R. Hedican AT0003470
Josh R. Baumann AT0016019
of BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
Email: chedican@bairdholm.com
jbaumann@bairdholm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Alan R. Ostergren | alan.ostergren@ostergrenlaw.com |
| Bruce Ellis Fein | bruce@newdream.net |
| Kristin M. Herrera | kristin.herrera@usdoj.gov |
| Amy Licht | amy.licht@usdoj.gov |
| Todd M. Lantz | tlantz@weinhardtlantz.com |
| Kyle J. Essley | kessley@weinhardtlantz.com |
| Michael A. Dee | Michael.dee@brownwinick.com |
| Austin D. Michel | Austin.michel@brownwinick.com |
| Michael J. Carroll | mike@carneyappleby.com |
| James W. Carney | carney@carneylawfirmiowa.com |
| Thomas J. Joensen | tjoesen@grsm.com |
| Cody J. Edwards | cedwards@dickinsonbradshaw.com |

| | |
|---|---|
| Grant Gasner | ggasner@dickinsonbradshaw.com |
| Theodore William Craig | tcraig@dickinsonbradshaw.com |
| Mitchell L. Taylor | mltaylor@craylawfirm.com |
| Spencer Matthew Willems | spencer.willems@dentons.com |
| Sarah K. Franklin | Sarah.franklin@dentons.com |
| Brian O. Marty | marty@sagwlaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants:

None.

*/s/ Josh R. Baumann*