UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>**v.**<br><br>ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br>AGRIBUSINESS ASSOCIATION OF IOWA,<br>AMES GOLF AND COUNTRY CLUB,<br>APPANOOSE COUNTRY CLUB, ASPEN GROVE CEMETERY ASSOCATION,<br>ATLANTIC GOLF & COUNTRY CLUB, AUDUBON GOLF AND COUNTRY CLUB,<br>BLOOMFIELD COUNTRY CLUB,<br>BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE,<br>CENTERVILLE CHAMBER OF COMMERCE,<br>COLOMBUC CLUB INC.,<br>THE DES MOINES EMBASSY CLUB, FRATERNAL ORDER OF EAGLES—AERIE 3876<br>GENEVA GOLF & COUNTRY CLUB,<br>GREEN ACRES CLUB,<br>HAPPY HALLOW COUNTRY CLUB,<br>INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL,<br>IOWA TURKEY FEDERATION INC.,<br>KYC INC.,<br>KALONA AREA CHAMBER OF COMMERCE INC.,<br>LAKEVIEW GOLF & COUNTRY CLUB, | Case No. 4:25-cv-119 RGE-SBJ<br><br>**JOINDER IN CO-DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| LAKESHORE GOLF AND COUNTRY CLUB,<br>LAKEVIEW COUNTRY CLUB OF MADISON COUNTY IOWA INC.,<br>LOGAN MISSOURI VALLEY COUNTRY CLUB,<br>MECHANCIAL CONTRACTORS ASSOCIATION OF IOWA INC.,<br>MUSCATINE COUNTY FAIR,<br>MUSCATINE MUTUAL INSURANCE ASSOCIATION,<br>OAKDALE MEMORIAL GARDENS INC.,<br>THE OUTING CLUB,<br>PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB,<br>THE RED OAK COUNTRY CLUB,<br>SIGMA LAMBDA BETA INTERNATIONAL FRATERNITY,<br>TREYNORE RECREATION AREA,<br>URBANDALE GOLF AND COUNTRY CLUB,<br>WASHINGTON GOLF & COUNTRY CLUB, and<br>WEST LIBERTY GOLF AND COUNTRY CLUB<br><br>Defendants. | |

COME NOW Defendants Centerville Chamber of Commerce, Fraternal Order of Eagles— Aerie 3876, Lakeview Golf & Country Club, Happy Hollow Country Club, Oakdale Memorial Gardens Inc., and The Outing Club, (“GRSM Defendants”) and hereby join in and adopt as their own the Motion to Dismiss First Amended Complaint filed by Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery Association, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of Locomotive Engineers Gene, Crestmoor Golf Club Inc., Kalona Area Chamber of Commerce, KYC

Inc., Lakeshore Golf and Country Club, Logan Missouri Valley Country Club, and Pine Knolls Company ("W&L Defendants") filed on September 9, 2026 (Dkt. No. 128).

Further, the GRSM Defendants hereby join in and adopt as their own the Joint Motion to Dismiss the First Amended Complaint and Joinder in W&L Defendants' Motion to Dismiss filed by Defendants The Des Moines Embassy Club, Urbandale Golf and Country Club, and Washington Golf & Country Club ("Dickinson Defendants") filed on September 9, 2026 (Dkt. 130).

All grounds identified in the W&L Defendants' and Dickinson Defendants' Resistances apply equally to the allegations against the GRSM Defendants in Plaintiff's First Amended Complaint.

WHEREFORE the GRSM Defendants pray that this Court enter an order dismissing Plaintiff's First Amended Complaint with prejudice.

GORDON REES SCULLY MANSUKHANI

*/s/ Thomas J. Joensen*
Thomas J. Joensen AT0003868
1701 Ruan Center
666 Grand Avenue
Telephone: (515) 204-2845
Facsimile: (515) 724-5801
E-Mail: tjoensen@grsm.com

*ATTORNEYS FOR DEFENDANTS CENTYERVILLE CHAMBER OF COMMERCE, LAKEVIEW GOLF & COUNTRY CLUB, HAPPY HOLLOW COUNTRY CLUB, OAKDALE MEMORIAL GARDENS, FRATERNAL ORDER OF EAGLES — AERIE 3876, AND THE OUTING CLUB*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on September 9, 2026, by:

| | |
|---|---|
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivered | ☐ UPS |
| ☐ Federal Express | ☒ CM-ECF |
| ☐ Email | |

*/s/ Peggy Rosky*