**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

THE TARBELL GROUP, LLC,

Plaintiff/Relator,

v.

ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMETERY ASSOCIATION; ATLANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES – AERIE 3876; GENEVA GOLF & COUNTRY CLUB; GREEN ACRES CLUB; HAPPY HOLLOW COUNTRY CLUB; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLF & COUNTRY CLUB; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; THE OUTING CLUB; PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB; THE RED OAK COUNTRY CLUB; SIGNMA LAMBDA BETA FRATERNITY; TREYNOR RECREATION AREA; URBANDALE GOLF AND COUNTRY CLUB; WASHINGTON GOLF & COUNTRY CLUB; and WEST LIBERTY GOLF AND COUNTRY CLUB,

Defendants.

Civil No. 4:25-cv-119-RGE-SBJ

**DEFENDANTS WEST LIBERTY GOLF AND COUNTRY CLUB, MUSCATINE COUNTY FAIR, MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC., and IOWA TURKEY FEDERATION'S NOTICE OF JOINDER IN MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants West Liberty Golf and Country Club, Muscatine County Fair, Mechanical Contractors Association of Iowa Inc., and Iowa Turkey Federation (collectively "Joining

Defendants”), join in Defendants Adams Community Economic Development Corporation, Ames Golf and Country Club, Aspen Grove Cemetery, Atlantic Golf & Country Club, Audubon Golf and Country Club, Bloomfield Country Club, Brotherhood of Locomotive Engineers Gene, Crestmoor Golf Club, Inc., Fraternal Order of Eagles – Aerie 3876, Kalona Area Chamber of Commerce, KYC Inc., Lakeshore Golf and Country Club, Logan Missouri Valley Country Club, and Pine Knolls Company D/B/A Pine Knolls Golf Club’s (collectively “Moving Defendants”) Motion to Dismiss First Amended Complaint filed on September 9, 2026. (ECF No. 128). Additionally, Joining Defendants join in the other motions to dismiss filed by other Defendants. (ECF Nos. 129-33). The Joining Defendants assert that the following arguments by the Moving Defendants apply to the Joining Defendants: (1) Tarbell’s Complaint fails to plausibly plead knowledge under the False Claims Act; (2) Tarbell’s Complaint fails to plead fraud with particularity under Federal Rule 9(b); and (3) the Public Bar Disclosure of the False Claims Act requires dismissal as every fact in Tarbell’s Complaint was publicly disclosed and Tarbell is not an original source. For those reasons as well as the other legal arguments and principles set forth in the Moving Defendants’ Motion to Dismiss, as well as those from other Defendants.

Dismissal of all Defendants is appropriate.

*/s/ Sarah K. Franklin*
*Sarah K. Franklin, AT0009630*
*Spencer M. Willems, AT0014087*
*DENTONS DAVIS BROWN PC*
*215 10th Street, Suite 1300*
*Des Moines, Iowa 50309*
*Telephone: 515-288-2500*
*Facsimile: 515-243-0654*
*Email: sarah.franklin@dentons.com*
*Email: spencer.willems@dentons.com*

***ATTORNEYS FOR DEFENDANTS WEST LIBERTY GOLF AND COUNTRY CLUB, MUSCATINE COUNTY FAIR, MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC., AND IOWA TURKEY FEDERATION.***

Copies to:

Alan R. Ostergren
Alan R. Ostergren, P.C.
500 East Court Ave., Suite 420
Des Moines, Iowa 50309
alan.ostergren@ostergrenlaw.com

Bruce Ellis Fein, Esq.
*Pro hac vice counsel*
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net

PLAINTIFF / ATTORNEY FOR PLAINTIFFS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 9, 2026, by:

- ☐ US Mail
- ☐ Hand Delivered
- ☐ E-mail
- ☐ FAX
- ☐ Overnight Courier
- ☒ Other: Electronic filing

Signature: /s/ Sarah K. Franklin