**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION,<br>AGRIBUSINESS ASSOCIATION OF IOWA,<br>AMES GOLF AND COUNTRY CLUB,<br>APPANOOSE COUNTRY CLUB,<br>ASPEN GROVE CEMETERY ASSOCATION,<br>ATLANTIC GOLF & COUNTRY CLUB,<br>AUDUBON GOLF AND COUNTRY CLUB,<br>BLOOMFIELD COUNTRY CLUB,<br>BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE,<br>CENTERVILLE CHAMBER OF COMMERCE,<br>COLUMBUS CLUB, INC.,<br>THE DES MOINES EMBASSY CLUB,<br>FRATERNAL ORDER OF EAGLES—AERIE 3876<br>GENEVA GOLF & COUNTRY CLUB,<br>GREEN ACRES CLUB,<br>HAPPY HALLOW COUNTRY CLUB,<br>INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL,<br>IOWA TURKEY FEDERATION INC.,<br>KYC INC.,<br>KALONA AREA CHAMBER OF COMMERCE INC.,<br>LAKEVIEW GOLF & COUNTRY CLUB, | **CASE NO: <u>4:25-CV-119-SHL-SBJ</u>**<br><br>**DEFENDANT COLUMBUS CLUB INC.'S JOINDER IN CO-DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| LAKESHORE GOLF AND COUNTRY CLUB,<br>LAKEVIEW COUNTRY CLUB OF MADISON COUNTY IOWA INC.,<br>LOGAN MISSOURI VALLEY COUNTRY CLUB,<br>MECHANCIAL CONTRACTORS ASSOCIATION OF IOWA INC.,<br>MUSCATINE COUNTY FAIR,<br>MUSCATINE MUTUAL INSURANCE ASSOCIATION,<br>OAKDALE MEMORIAL GARDENS INC.,<br>THE OUTING CLUB,<br>PINE KNOLLS COMPANY d/b/a PINE KNOLLS GOLF CLUB,<br>THE RED OAK COUNTRY CLUB,<br>SIGMA LAMBDA BETA INTERNATIONAL FRATERNITY,<br>TREYNORE RECREATION AREA,<br>URBANDALE GOLF AND COUNTRY CLUB,<br>WASHINGTON GOLF & COUNTRY CLUB, and<br>WEST LIBERTY GOLF AND COUNTRY CLUB,<br><br>Defendants. | |

**COMES NOW** Defendant Columbus Club Inc. ("Columbus Club"), by and through undersigned counsel, joins in the pending Motions to Dismiss the First Amended Complaint, and states as follows:

1. Columbus Club hereby joins, adopts, and incorporates as its own all motions to dismiss the First Amended Complaint (Dkt. 92) and supporting briefs previously filed by its co-defendants in this action, including Dkts. 128–135.

2. Columbus Club adopts all grounds, arguments, and authorities raised in those

filings, including that the First Amended Complaint is barred by the False Claims Act's public disclosure bar, 31 U.S.C. § 3730(e)(4)(A); fails to plausibly allege scienter; fails to plead fraud with the particularity required by Federal Rule of Civil Procedure 9(b); and fails to allege a material false statement or claim.

3. No party is prejudiced by Columbus Club's joinder at this stage. The motions are fully briefed, Relator has already responded to the arguments Columbus Club adopts (Dkt. 141), the Court has not yet ruled, and Columbus Club is acting to preserve its rights.

**WHEREFORE**, Defendant Columbus Club Inc. joins in respectfully requests that the Court grant the co-defendants' motions to dismiss and dismiss the First Amended Complaint, and grant such further relief as the Court deems just.

DICKINSON, BRADSHAW, FOWLER & HAGEN, P.C.

By: ______________________________
Cody J. Edwards, AT0010913
Theodore W. Craig, AT0010226
Grant W. Gasner, AT0016078
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
Phone: (515) 243-4191
Fax: (515) 246-5808
E-Mail: cedwards@dickinsonbradshaw.com
tcraig@dickinsonbradshaw.com
ggasner@dickinsonbradshaw.com

ATTORNEYS FOR DEFENDANTS COLUMBUS CLUB, INC., THE DES MOINES EMBASSY CLUB, and WASHINGTON GOLF & COUNTRY CLUB

Originally electronically filed.

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was filed electronically and served upon all counsel of record through the Court's CM/ECF system this 14th day of October, 2026.

*/s/ Heidi Dorrell*