**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., THE TARBELL GROUP, LLC,<br>Plaintiff,<br>vs.<br><br>ADAMS COMMUNITY ECONOMIC DEVELOPMENT CORPORATION; AGRIBUSINESS ASSOCIATION OF IOWA; AMES GOLF AND COUNTRY CLUB; APPANOOSE COUNTRY CLUB; ASPEN GROVE CEMENTARY ASSOCIATION; ALANTIC GOLF & COUNTRY CLUB; AUDUBON GOLF AND COUNTRY CLUB; BLOOMFIELD COUNTRY CLUB; BROTHERHOOD OF LOCOMOTIVE ENGINEERS GENE; CENTERVILLE CHAMBER OF COMMERCE; COLUMBUS CLUB INC.; CRESTMOOR GOLF CLUB INC.; THE DES MOINES EMBASSY CLUB; FRATERNAL ORDER OF EAGLES AERIE 3876; GENEVA GOLF & CONTRY CLUB; GREEN ACRES CLUBS; HAPPY HOLLOW COUNTRY CLUB; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL; IOWA TURKEY FEDERATION INC.; KYC INC.; KALONA AREA CHAMBER OF COMMERCE; LAKEVIEW GOLD & COUNTRY CLUB; LAKEVIEW COUNTRY CLUB OF MADION COUNTY IOWA INC.; LOGAN MISSOURI VALLEY COUNTRY CLUB; MECHANICAL CONTRACTORS ASSOCIATION OF IOWA INC.; | Case No. 4:25-cv-119-RGE-SBJ<br><br>**DEFENDANT GREEN ACRES CLUB'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND JOINDER IN CO-DEFENDANTS MOTIONS TO DISMISS** |

| | |
|---|---|
| MUSCATINE COUNTY FAIR; MUSCATINE MUTUAL INSURANCE ASSOCIATION; OAKDALE MEMORIAL GARENCS INC; THE OUTING CLUB,<br>Defendants. | |

COMES NOW Defendant, Green Acres Club, by and through undersigned counsel, and hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims against it in Plaintiff's First Amended Complaint. In support of this Motion, Defendant states as follows:

1. The Tarbell Group, LLC ("Tarbell") filed its first complaint under seal in this court on April 1, 2025.

2. The Plaintiff then filed a First Amended Complaint on July 9, 2026.

3. Green Acres Club joins in and adopts the substantive grounds for dismissal presented in the W&L Defendants' Motion to Dismiss First Amended Complaint, ECF No. 128, the Dickinson Defendants' Joint Motion to Dismiss the First Amended Complaint and the Appanoose Country Club Motion to Dismiss, and Joinder in the W&L Defendants' Motion to Dismiss, ECF No. 130, together with the supporting arguments and authorities, to the extent applicable to the allegations against Green Acres Club.

4. Green Acres Club now responds to the First Amended Complaint by filing this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6)

requesting the court to dismiss all claims against it in Plaintiff's First Amended Complaint.

5. That Defendant's motion is made before pleading, is a responsive pleading allowed and specifically states that the first amended complaint fails to state a claim upon which relief can be granted.

6. That the Tarbell Group LLC ("Tarbell") has filed multiple False Claims Act ("FCA") lawsuits against alleged nonprofit organizations such as Appanoose Country Club and approximately 12 other small country clubs.

7. Tarbell's Complaint and First Amended Complaint accuse Defendant organizations of violating the FCA based upon purported false representations made in the Paycheck Protection Program ("PPP") materials. Defendant has joined and incorporated and adopts by reference all arguments, statements and authorities set forth in the motion to dismiss (Dkt. No. 70) and brief in support of the Motion to Dismiss (Dkt. No. 70-1), filed by other Defendants in this matter.

8. The Defendant is similarly situated to the Defendants and the deficiencies identified in the Defendants' motion and brief apply with equal force to the allegations made against Green Acres Club.

9. Defendant moves to dismiss Tarbell's complaint for failure to state a claim under Rule 12(b)(6) for the same reasons set forth in the Weinhardt Lantz defendants' motion Appanoose Country Clubs and briefs in that:

(i) the complaint fails to plead a plausible claim;

(ii) the particularity standard is not met; and

(iii) the public disclosure bar requires dismissal.

10. This Defendant specifically denies any type of fraudulent conduct and states that its applications for PPP benefits were prepared with the advice of its tax preparer and banker and the applications were approved by the SBA.

11. Defendant contemporaneously files herewith a brief in support of its motion to dismiss.

WHEREFORE, Green Acres Club respectfully requests that this Court grant its Motion to Dismiss and dismiss Tarbell's complaint and first amended complaint against Green Acres Club with prejudice for the failure to state a claim upon which relief can be granted. Defendant further makes application for Fees for defending a claim that has no basis in fact or law.

Respectfully Submitted,

CARNEY & APPLEBY, P.L.C.

MJCarroll

______________________________

Michael J. Carroll (AT0001311)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone: 515/282-6803

Facsimile: 515/282-4700
E-mail: mike@carneyappleby.com
ATTORNEY FOR DEFENDANT

/s/ James W. Carney
James W. Carney (AT0001327)
303 Locust Street, Suite 400
Des Moines IA 50309-1770
Telephone: 515/282-6803
Facsimile: 515/282-4700
E-mail: carney@carneyappleby.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record.

Carney & Appleby Law Firm
By: /s/Michael Carroll
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
515-282-6803
515-282-4700 (fax)
ATTORNEY FOR DEFENDANT

Carney & Appleby Law Firm
By: /s/James W. Carney
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
515-282-6803
515-282-4700 (fax)
ATTORNEY FOR DEFENDANT